| AO 10*<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Phillips, Gregory A. | 2. Court or Organization<br><br>United State Court of Appeals 10th Circut | 3. Date of Report<br><br>01/31/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge | 5a. Report Type (check appropriate type)<br><br>✔ Nomination    Date 01/31/2013<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>1/16/2013 |

7. Chambers or Office Address

123 Capitol Building, Cheyenne, WY 82002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Attorney General | State of Wyoming |
| 2.  Wyoming Peace Officers Standards & Training Commissioner | State of Wyoming |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | State of Wyoming - Salary | $126,851.00 |
| 2. 2012 | State of Wyoming - Salary | $143,328.00 |
| 3. 2013 | State of Wyoming - Salary | $11,944.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Laramie County School District #1 - Salary |
| 2. 2013 | Laramie County School District #1 - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ · NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Gregory A. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 | | | | | | | | | |
| 2. -Columbia Marsico Intl Opportunities MAIOX | | None | J | T | | | | | |
| 3. -Federated Kaufmann LG Cap KLCAX | A | Dividend | J | T | | | | | |
| 4. -Goldman Sachs Small Mid Cap Growth GSMAX | | None | J | T | | | | | |
| 5. -JP Morgan US LG Cap JLCAX | A | Dividend | J | T | | | | | |
| 6. -Lord Abbett Fundamental Equity LDFVX | A | Dividend | J | T | | | | | |
| 7. -Lord Abbett Dev Growth LAGWX | | None | J | T | | | | | |
| 8. -Nuveen Tradewinds Intl Value NAIGX | A | Dividend | J | T | | | | | |
| 9. -Oppenheimer Steelpath MLP Income MLPDX | A | Dividend | J | T | | | | | |
| 10. -Virtus Real Estate Securites PHRAX | A | Dividend | J | T | | | | | |
| 11. -JP Morgan Core Bond PGBOX | A | Dividend | J | T | | | | | |
| 12. -Franklin/Templeton Global Bond TPINX | A | Dividend | J | T | | | | | |
| 13. -Federated Prudent Bear BEARX | | None | J | T | | | | | |
| 14. -Rydex/SGI L/S Commodities RYLBX | | None | J | T | | | | | |
| 15. -Rydex/SGI Managed Futures RYMTX | | None | J | T | | | | | |
| 16. -Franklin Income FKINX | A | Dividend | J | T | | | | | |
| 17. 403B #1 | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Gregory A. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Columbia Marsico Intl Opportunities MAIOX | | None | J | T | | | | | |
| 19. -Federated Kaufmann LG Cap KLCAX | A | Dividend | J | T | | | | | |
| 20. -Goldman Sachs Small Mid Cap Growth GSMAX | | None | J | T | | | | | |
| 21. -JP Morgan US LG Cap JLCAX | A | Dividend | J | T | | | | | |
| 22. -Lord Abbett Fundamental Equity LDFVX | A | Dividend | J | T | | | | | |
| 23. -Lord Abbett Dev Growth LAGWX | | None | J | T | | | | | |
| 24. -Nuveen Tradewinds Intl Value NAIGX | A | Dividend | J | T | | | | | |
| 25. -Oppenheimer Steelpath MLP Income MLPDX | A | Dividend | J | T | | | | | |
| 26. -Virtus Real Estate Securities PHRAX | A | Dividend | J | T | | | | | |
| 27. -JP Morgan Core Bond PGBOX | A | Dividend | J | T | | | | | |
| 28. -Franklin/Templeton Global Bond TPINX | A | Dividend | J | T | | | | | |
| 29. -Federated Prudent Bear BEARX | | None | J | T | | | | | |
| 30. -Rydex/SGI L/S Commodities RYLBX | | None | J | T | | | | | |
| 31. -Rydex/SGI Managed Futures RYMTX | | None | J | T | | | | | |
| 32. -Franklin Income FKINX | A | Dividend | J | T | | | | | |
| 33. Brokerage Account #1 | | | | | | | | | |
| 34. -Blackrock Global Allocation MDLOX | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 6 of 8

Name of Person Reporting

Phillips, Gregory A.

Date of Report

01/31/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -First Eagle Global SGENX | A | Dividend | J | T | | | | | |
| 36. -Ivy Asset Strategy WASAX | A | Dividend | J | T | | | | | |
| 37. Franklin 529 Stable Value Fund | | None | M | T | | | | | |
| 38. Wyoming Retirement 457 | | | | | | | | | |
| 39. -Life Path Index 2030 | | None | K | T | | | | | |
| 40. Bank of the West Cash Accouts | A | Interest | M | T | | | | | |
| 41. Mineral Royalty, Uinta County, Wyoming | | None | J | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Gregory A. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 160 | 002 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 365 | 042 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned – see schedule | | 443 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 38 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 211 | 551 | | | | |
| Wyoming Retirement System | | 149 | 423 | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 1 | 352 | 144 |
| Total Assets | 1 | 352 | 144 | Total liabilities and net worth | 1 | 352 | 144 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |